IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHERELLE JACKSON,<br><br>　　Plaintiff,<br><br>v.<br><br>GLOBAL PROJECT KUDZU SW, LLC,<br><br>　　Defendant. | Civil Action No.<br>1:22-cv-1681-VMC |

**ORDER**

On March 20, 2023, Plaintiff filed a Notice of Settlement indicating that the Parties reached a settlement, and requesting 30 days to complete the settlement. (Doc. 9). Upon review of the docket, more than 30 days have passed since the Notice of Settlement was filed.

The Parties are **DIRECTED** to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) signed by all Parties,[1] or, in the alternative, the Parties may file a Joint Status Report indicating the status of these proceedings no later than

---

[1] As Defendant has not filed an Answer, Plaintiff may instead file a Notice of Voluntary Dismissal by that date.

May 4, 2023. The Clerk is directed to submit this matter to the undersigned on May 5, 2023.

    **SO ORDERED** this 20th day of April, 2023.

                                                    Victoria Marie Calvert
                                                    United States District Judge