IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHERELLE JACKSON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:22-cv-1681-VMC |
| | * |
| **GLOBAL PROJECT KUDZU** | * |
| **SW, LLC** | * |
| | * |
| Defendant. | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 27th day of April, 2023.

__/s/ *Julie McCollister*_____
Counsel for Plaintiff
Julie McCollister
Georgia Bar No. 450726
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
709-745-0057
jbmccollister@gmail.com

__/s/ *Jackson A. Dial*_____
Counsel for Defendant
Jackson A. Dial
Georgia Bar No. 155955
Weinberg Wheeler Hudgins Gunn & Dial

3344 Peachtree Road NE, Suite 2400<br>
Atlanta, GA 30326<br>
404-876-2700<br>
JDial@wwhgd.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed the foregoing Notice of Dismissal with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

Jackson A. Dial<br>
Weinberg Wheeler Hudgins Gunn & Dial<br>
3344 Peachtree Road NE, Suite 2400<br>
Atlanta, GA 30326<br>
JDial@wwhgd.com

*/s/ Julie McCollister*
Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister